UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL SMITH,

    Plaintiff,

v.

    Case No. 1:24-cv-1245

BROADWAY ACCOUNT SERVICES, INC.,
et al.,

    HONORABLE PAUL L. MALONEY

    Defendants.

_____/

## DEFAULT JUDGMENT

In accordance with the Order issued on this date:

**IT IS HEREBY ORDERED** that Judgment enters against Defendants Broadway Account Services, Inc., Final Recovery Group, Inc., MMC Resolution Inc., Brinkman Alliance Group, Inc., Emilio Davila Galarza, Jr., and Dale Moore in the amount of $1,447.76 in actual damages, $1,000.00 in statutory damages pursuant to pursuant to the Fair Debt Collection Practices Act, plus an award of $2,500.00 in liquidated damages pursuant to the Driver's Privacy Protection Act of 1994, for a total damage award of $4,947.76.

Dated:  July 15, 2025

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge